STATE OF CONNECTICUT *v.* LAMONT G. WHEALTON

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 172 (AC 26900), is denied.

*Christopher M. Neary*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided July 9, 2008

STATE OF CONNECTICUT *v.* ROBERT MUCKLE

STATE OF CONNECTICUT *v.* STANLEY SCOTT

STATE OF CONNECTICUT *v.* MARYANN SPRAGUE

The defendants' petition for certification for appeal from the Appellate Court, 108 Conn. App. 146 (AC 28108/AC 28109/AC 28110), is denied.